# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2007

134890

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE MARIA OSTRANDER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                          SC: 134890
                                          COA: 274901
                                          Oakland CC
                                          Family Division: 03-681541-NA

PATRICIA OSTRANDER,
      Respondent-Appellant,

and

ENSON LOPEZ,
      Respondent.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2007

_____
Clerk

s1009